STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. HERMAN COHEN, PLAINTIFF IN ERROR.

Submitted May 28, 1926—Decided October 18, 1926.

On error to the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 59.

For the plaintiff in error, *Kraemer & Siegler.*

For the defendant in error, *John O. Bigelow.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.